JENNIE L. INGO, Appellant, v. GEORGE A. CASEY, as Sheriff of Westchester County, KYLIAN KOCH, as Deputy Sheriff of Westchester County, and THOMAS MATHEWS, Respondents.— On argument, order denying motion for change of venue affirmed, without costs. The trial of this action is stayed until the disposition of the indictment pending in Westchester county against the plaintiff. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur. [175 Misc. 805.]

IRVING MARIASH, Respondent, v. LEE MARIASH, Appellant.— In an action for a declaratory judgment and an injunction based upon the provisions of a separation agreement, order denying motion of defendant for judgment on the pleadings dismissing the complaint for insufficiency affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

JANET MEADE, Respondent, v. WILLIAM BAXTER, Appellant; JOHN LIEBELT, Defendant. (Appeal No. 1.) Order granting motion of plaintiff for examination before trial of a defendant as an adverse party in an action to recover damages for personal injuries alleged to have been caused by the negligence of two operators of automobiles, resulting in a collision, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

JANET MEADE, Respondent, v. WILLIAM BAXTER, Appellant; JOHN LIEBELT, Defendant. (Appeal No. 2.) — Order granting motion of plaintiff for examination before trial of a defendant as an adverse party in an action to recover damages for personal injuries alleged to have been caused by the negligence of two operators of automobiles, resulting in a collision, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

KATHARINE MOERSCH and WILLIAM MOERSCH, Appellants, v. ABRAHAM & STRAUSS, INC., Respondent.— Action to recover damages for personal injuries suffered by the plaintiff wife, due to the alleged negligence of the defendant in the operation of its department store, and companion action by the husband for loss of services and medical expenses. Judgment in favor of the defendant dismissing the plaintiffs' complaint was directed and entered at the end of the plaintiffs' case. Judgment unanimously affirmed, with costs. No opinion. Appeal from order dismissing the complaint dismissed. There is no such order in the record. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS BRADY, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of the crime of indecent exposure (Penal Law, § 1140). Judgment reversed on the law, information dismissed, and defendant discharged. The conviction rests solely upon the claimed confession of the defendant. The evidence is, therefore, insufficient (Code Crim. Proc. § 395) to establish the guilt of the defendant beyond a reasonable doubt. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE WILLIAMS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADELE H. SASSEN, Appellant.— The indictment in its first count charges the defendants with the crime of manslaughter in the first degree, in that between the 13th and 15th days of April, 1939, they each, aiding and abetting the other, with the use of